## In the Matter of PARAMOUNT PUBLIX CORPORATION, Debtor (COOK, NATHAN & LEHMAN, Appellants).

Paramount Pictures, Inc. (Formerly Paramount Publix Corporation, the Debtor Herein), et al., Appellees.

No. 332.

Circuit Court of Appeals, Second Circuit.
May 4, 1936.

Cook, Nathan & Lehman, of New York City, for appellants.

Simpson, Thacher & Bartlett, of New York City (Thomas D. Thacher, Edwin L. Weisl, and Richard Jones, III, all of

New York City, of counsel), for appellee Paramount Pictures, Inc.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (12 F.Supp. 823) affirmed.